D. MICHAEL EAKIN
Eakin, Berry & Grygiel PLLC
2815 Montana Ave
Billings, MT  59103
Telephone:  (406) 969-6001
Facsimilie:  (406) 969-6007
e-mail:  eakin.406law@gmail.com
Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| TRAVIS WILLIAM ALLEN, ) | |
| ) | Cause No. CV 17-166SPW-TJC |
| Plaintiff, ) | |
| vs. ) | |
| ) | ANSWER TO |
| RJC INVESTMENT, INC., ) | COUNTERCLAIM |
| ) | |
| Defendant. ) | |
| ) | |

Plaintiff answers the Counterclaim as follows:

1. Plaintiff admits paragraphs 1-9 of the Counterclaim.

2. Plaintiff denies the allegations of paragraphs 10-14 of the Counterclaim.

3. Plaintiff admits he entered the installment contract in good faith. Defendant denies any other allegations contained or implied in paragraph 15 of the Counterclaim.

1

4. Plaintiff denies the allegations of paragraphs 16-20 of the Counterclaim.

5. If any amount is currently due on the contract, it is more than offset by amounts owed to Plaintiff by Defendant for claims set forth in Plaintiff's Complaint.

6. Plaintiff admits that the installment contract contains a provision for attorney fees but denies Defendant is entitled to recover fees. Plaintiff will be the prevailing party and should rec over his fees.

WHEREFORE, Plaintiff prays:

1. Judgment be entered as requested in Plaintiff's Complaint;

2. Defendant take nothing by its counterclaims;

3. Plaintiff recover his reasonable attorney's fees for defending against the Counterclaim;

4. For such other relief as the Court deems just.

Dated this 27th day of February, 2018.

                          EAKIN, BERRY & GRYGIEL, PLLC.

                          /s/ D. Michael Eakin
                          D. MICHAEL EAKIN

## CERTIFICATE OF SERVICE

I certify that on February 27, 2018, the foregoing document, Plaintiff's ANSWER TO COUNTERCLAIM, was served by:

<u>1, 2</u>  CM/ECF
\_\_\_\_\_ Hand Delivery
\_\_\_\_ U.S. Mail
\_\_\_\_\_ Overnight Delivery Service
\_\_\_\_\_ Fax
\_\_\_\_ Email

Upon:

1. Clerk of Court

2. Christopher T. Sweeney
   Peter M. Damrow
   MOULTON BELLINGHAM PC
   27 North 27th Street, Suite 1900
   P.O. Box 2559
   Billings, Montana 59103-2559
   Telephone: (406) 248-7731
   Christopher.Sweeney@moultonbellingham.com
   Peter.Damrow@moultonbellingham.com