IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| TRAVIS WILLIAM ALLEN, | CV 17-166-BLG-SPW-TJC |
|---|---|
| Plaintiff, | **ORDER** |
| vs. | |
| RJC INVESTMENT, INC., | |
| Defendant. | |

Plaintiff has filed an unopposed motion for extension of time to submit a stipulation to dismiss this case. (Doc. 32.) Good cause appearing, IT IS HEREBY ORDERED that the parties shall file their stipulation to dismiss together with a proposed order dismissing the case by September 12, 2019.

IT IS ORDERED.

DATED this 12th day of August, 2019.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge