IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| TRAVIS WILLIAM ALLEN,<br><br>Plaintiff,<br><br>vs.<br><br>RJC INVESTMENT, INC.,<br><br>Defendant. | CV 17-166-BLG-TJC<br><br>**ORDER** |

Defendant has filed an unopposed motion for extension of time to submit a stipulation to dismiss this case. (Doc. 34.) Good cause appearing, IT IS HEREBY ORDERED that the parties shall file their stipulation to dismiss together with a proposed order dismissing the case by October 14, 2019.

IT IS ORDERED.

DATED this 12th day of September, 2019.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge